1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10
11  DERRICK JESUS ODEN, SR.,      ) Case No. CV 17-5654-AG (JPR)
                                  )
12                 Plaintiff,     )
                                  )
13          v.                    )        **J U D G M E N T**
                                  )
14  STATE OF CALIFORNIA et al.,   )
                                  )
15                 Defendants.    )
                                  )
16  ────────────────────────────

17      Under the Order Dismissing Duplicative Action,

18      IT IS HEREBY ADJUDGED that this action is dismissed.

19
20
21  DATED: August 31, 2017        _____
22                                ANDREW J. GUILFORD
                                  U.S. DISTRICT JUDGE
23
24
25
26
27
28